# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leah Joy-Oberg, | No. CV17-8054 PCT DGC |
| Plaintiff, | **ORDER** |
| v. | |
| Equifax Information Servicers LLC, a Georgia corporation, et al., | |
| Defendants. | |

The Court has been advised that this case has settled as to Defendant Equifax Information Services LLC only.  Doc. 10.

**IT IS ORDERED:**

1. This matter will, without further Order of this Court, be dismissed with prejudice within 30 days of the date of this order, as to Defendant Equifax Information Services LLC only, unless a stipulation to dismiss is filed prior to the dismissal date.

2. All pending hearings and deadlines are vacated, as to Defendant Equifax Information Services LLC only.

3. All pending motions are found to be moot, as to Defendant Equifax Information Services LLC only.

4. The Clerk is directed to **terminate** this matter on **May 15, 2017,** as to Defendant Equifax Information Services LLC only**,** without further leave of Court.

Dated this 14th day of April, 2017.

_____
David G. Campbell
United States District Judge